## Penguins of Darby Liquor License Case.

Argued June 16, 1965. *James J. Phelan, Jr.,* Special Assistant At-

torney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *D. T. Spagnoletti,* for appellee.

Order affirmed.